858 A.2d 1160

COMMONWEALTH of Pennsylvania, Respondent,

v.

Charles DIGGS, Petitioner.

Supreme Court of Pennsylvania.

Sept. 16, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of September, 2004, the petition for allowance of appeal is GRANTED. The matter is RE-MANDED to the Superior Court with direction to address the issues raised by Petitioner in the Rule 1925(b) statement that is reflected on the docket as being filed on February 28, 2002.

Jurisdiction Relinquished.